NUMBER 13-06-449-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


LORRAINE BROWN, INDIVIDUALLY AND ON BEHALF 

OF THE ESTATE OF PETER BROWN, DECEASED, Appellant,


v.



McALLEN HOSPITALS, L.P. D/B/A 

McALLEN MEDICAL CENTER, Appellee.

___________________________________________________________________


On appeal from the 389th District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, LORRAINE BROWN, INDIVIDUALLY AND ON BEHALF OF THE
ESTATE OF PETER BROWN, DECEASED, perfected an appeal from an order entered
by the 389th District Court of Hidalgo County, Texas, in cause number C-3080-5-H. 
After the record was filed, appellant filed a motion to withdraw the notice of appeal. 
In the motion, appellant states that she no longer wishes to prosecute this appeal. 
Appellant requests that her notice of appeal be withdrawn.

 The Court, having considered the documents on file and appellant's motion to
withdraw the notice of appeal, is of the opinion that the motion should be granted. 
Appellant's motion to withdraw the notice of appeal is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 16th day of November, 2006.